**Order entered September 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

### IN THE INTEREST OF I.L.S., A CHILD

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-09-7655

## ORDER

Before the Court is appellant's September 10, 2013 response to this Court's order dated August 28, 2013. We construe appellant's response as a motion for (1) a clerk's record containing the documents he requested, (2) corrections to the reporter's record, and (3) clarification of his appeal. We grant, in part, and deny, in part, appellant's motion as set forth below.

We **DENY** appellant's motion to the extent he seeks clarification of his appeal.

With regard to the clerk's record, a clerk's record was filed on August 1, 2013 and supplemental clerk's records were filed on August 27, 2013 and September 9, 2013. In his motion, appellant contends that numerous documents he requested are not in the record. We note that many of the items appellant says are missing from the clerk's record are, in fact, included in the clerk's record. Accordingly, we **DENY** appellant's motion to supplement the clerk's record without prejudice to filing a motion to supplement setting forth in detail the

specific documents that are necessary to the appeal and that are not already in the clerk's record. *See* TEX. R. APP. P. 34.5(b) (2) & (3).

Appellant contends that the reporter's record contains inaccuracies and that the parties have not reached an agreement concerning the inaccuracies. Specifically, appellant contends the court reporter has incorrectly identified two TDCJ officials. He also contends the court reporter omitted portions of the testimony of Rebecca Rodas and added words to his own testimony. Accordingly, we **GRANT** appellant's motion to the extent that we **ORDER** the Honorable Lori Hockett, Judge of the 255th Judicial District Court of Dallas County, Texas, to conduct a hearing and determine if the reporter's record contains the above-noted omissions and inaccuracies. We **ORDER** the trial court to transmit supplemental records, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the supplemental records are received, whichever is earlier

We **ORDER** the Clerk of this Court to send a copy of this order, by electronic transmission, to the Honorable Lori Hockett, Shantel Beheler, Official Court Reporter of the 255th Judicial District Court, and counsel for appellee, and by first-class mail to appellant.


/s/     DAVID LEWIS
        JUSTICE